Dan Andreiu, in pro se
PO Box 93562
Los Angeles, CA 90093

Phone 310 414 7177
Email dan@andreiu.com

FILED
CLERK, U.S. DISTRICT COURT
SEP 14 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN ANDREIU,<br><br>                Plaintiff,<br><br>Does 1 to 10 Included<br><br>    vs.<br><br>UNITES STATES SMALL BUSINESS ADMINISTRATION,<br><br>                Defendant,<br><br>DOES 1 to 10 Included. | Case No. CV 20-3790-FMO (JPRx)<br><br>**Request for reconsideration of 08/31/2020 order striking Second Ex Parte** |

On August 21th 2020 the court denied reconsideration of the

August 7, 2020 minute order sticking the Second Ex Parte application for an Order

| In Pro Per: DAN ANDREIU<br>P.O. BOX 93562<br>LOS ANGELES, CA 90093<br>Telephone No: 310-414-7177 | | | | For Court Use Only |
|---|---|---|---|---|
| In Pro Per: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United State District Court For The Central District Of California | | | | |
| Plaintiff: DAN ANDREIU | | | | |
| Defendant: UNITED STATES SMALL BUSINESS ADMINISTRATION | | | | |
| **PROOF OF SERVICE SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 20-3790-FMO (JPRx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons & Complaint; , And Attachments, Second Ex-Parte Application For An Order Reserving Funds Out Of Cares Act

3. a. Party served:      ATTORNEY GENERAL OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE
   b. Person served:      DUE TO COVID THE OFFICES WERE CLOSED AND WERE INSTRUCTED TO MAIL THE COPIES

4. Address where the party was served:      950 PENNSYLVANIA AVE., NW
   WASHINGTON, DC 20530

5. I served the party:
   d. **by other means** On: Wed., Sep. 09, 2020 at: 4:50PM by Certified Mail, Return Receipt Request.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: ATTORNEY GENERAL OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE
   Under CCP 416.50 (public entity)

7. **Person Who Served Papers:**
   a. MANUEL JESUS GUERRA



MICHELSON ATTORNEY SERVICE
5776 LINDERO CANYON ROAD, SUITE D-219
WESTLAKE VILLAGE, CA 91362 (888) 780-0886

         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:    $89.00

   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.:    2017106786
       (iii) County:    Los Angeles
       (iv) Expiration Date:    Sat, Aug. 28, 2021

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Date: Thu, Sep. 10, 2020

                                                                         (MANUEL JESUS GUERRA)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007
                          **PROOF OF SERVICE**
                          **SUMMONS & COMPLAINT**
                                                                                   4011.73141

| *In Pro Per:* <br> DAN ANDREIU <br> P.O. BOX 93562 <br> LOS ANGELES, CA 90093 <br><br> *Telephone No:* 310-414-7177 <br> *In Pro Per:* Plaintiff | *Ref. No or File No.:* | *For Court Use Only* |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
United State District Court For The Central District Of California

*Plaintiff:* DAN ANDREIU
*Defendant:* UNITED STATES SMALL BUSINESS ADMINISTRATION

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> CV 20-3790-FMO (JPRx) |
|---|---|---|---|---|

1. I, MANUEL JESUS GUERRA, and any employee or independent contractors retained by MICHELSON ATTORNEY SERVICE are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant ATTORNEY GENERAL OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE as follows:

2. Documents: SUMMONS & COMPLAINT; , AND ATTACHMENTS, SECOND EX-PARTE APPLICATION FOR AN ORDER RESERVING FUNDS OUT OF CARES ACT.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 09/01/20 | 10:10am | Business | On September 1, 2020 I called the office of Attorney General of the United States at 202-514-2000 and the office indicated to me that service documents has to be sent in due to pandemic building closure Attempt made by: MANUEL JESUS GUERRA. Attempt at: 950 PENNSYLVANIA AVE., NW WASHINGTON, DC 20530. |
| Wed | 09/09/20 | 4:50pm | Business | Certified Mail on: ATTORNEY GENERAL OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE Business - 950 PENNSYLVANIA AVE., NW WASHINGTON, DC 20530 by Serving: party in item 3.a.. Served by: MANUEL JESUS GUERRA |
| Wed | 09/09/20 | | | Mailed copy of Documents to: ATTORNEY GENERAL OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE |

3. *Person Executing*
   a. MANUEL JESUS GUERRA
   b. MICHELSON ATTORNEY SERVICE
      5776 LINDERO CANYON ROAD
      SUITE D-219
      WESTLAKE VILLAGE, CA 91362
   c. 888-780-0886, FAX 818-337-7150

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:* $89.00
   e. *I am:* (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2017106786
      (iii) County: Los Angeles
      (iv) Expiration Date: Sat, Aug. 28, 2021

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Sep. 10, 2020

   (MANUEL JESUS GUERRA)

   AFFIDAVIT OF REASONABLE DILIGENCE

   4011.73141

| In Pro Per: <br> DAN ANDREIU <br> P.O. BOX 93562 <br> LOS ANGELES, CA 90093 <br> Telephone No: 310-414-7177 | | | | For Court Use Only |
|---|---|---|---|---|
| | Ref. No. or File No.: | | | |
| In Pro Per: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United State District Court For The Central District Of California | | | | |
| Plaintiff: DAN ANDREIU | | | | |
| Defendant: UNITED STATES SMALL BUSINESS ADMINISTRATION | | | | |
| **PROOF OF SERVICE** <br> **SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV 20-3790-FMO (JPRx) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons & Complaint; , And Attachments, Second Ex-Parte Application For An Order Reserving Funds Out Of Cares Act

3. a. Party served:  UNITED STATES ATTORNEY'S OFFICE, CENTRAL DISTRICT OF CALIFORNIA
   b. Person served: DUE TO COVID THE OFFICES WERE CLOSED AND WERE INSTRUCTED TO MAIL THE COPIES

4. Address where the party was served:  300 NORTH LOS ANGELES ST., SUITE 7516 LOS ANGELES, CA 90012

5. I served the party:
   d. **by other means** On: Wed., Sep. 09, 2020 at: 4:50PM by Certified Mail, Return Receipt Request.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   Other: UNITED STATES ATTORNEY'S OFFICE, CENTRAL DISTRICT OF CALIFORNIA

7. *Person Who Served Papers:*
   a. MANUEL JESUS GUERRA

   MICHELSON ATTORNEY SERVICE
   5776 LINDERO CANYON ROAD, SUITE D-219
   WESTLAKE VILLAGE, CA 91362 (888) 780-0886

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $89.00

   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2017106786
      (iii) County: Los Angeles
      (iv) Expiration Date: Sat, Aug. 28, 2021

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Thu, Sep. 10, 2020

   (MANUEL JESUS GUERRA)

Civil Action No. CV 20-3790-FMO (JPRx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Small Business Administration

was received by me on *(date)* 05-06-2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* STEPHANIE POLIDO, who is designated by law to accept service of process on behalf of *(name of organization)* United States Small Business Administration on *(date)* 07-28-2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 07-30-2020

*Server's Signature*

MANUIEL JESUS GUERRA, P.S. #2017106786
*Printed name and title*

5776 LINDERO CYN RD., SUITE D219
WESTLAKE VILLAGE, CA 91362

*Server's address*

Additional information regarding attempted service, etc:
SERVED - SECOND EX-PARTE APPLICATION FOR AN ORDER RESERVING FUNDS OUT OF CARES ACT

PLEASE BE ADVISED THAT WE ATTEMPTED THE ATTORNEY GENERAL OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE AND THE OFFICE IN WASHINGTON, DC WAS CLOSED DUE TO COVID-19

## Proof of Service

Plaintiff served Defendant's attorney, and today I deposit in a post office box, first class postage prepaid, a true copy of this:

**Request for reconsideration of 08/31/2020 order striking Second Ex Parte**

To the following addresses:

1) Attorney General of the United States, U.S, Department of Justice, 950 Pennsylvania Avenue NW, Washington DC 20530-0001.

2) US Attorney Office, Central District of California,
300 North Los Angeles Street, suite 7516, Los Angeles CA 90012

Dated this 10 of September, 2020

Dan Andreiu, in pro se

